MANATT, PHELPS & PHILLIPS, LLP
JOHN C. FOX (CA Bar No. 135668)
ALEXA L. MORGAN (CA Bar No. 234911)
ALISON S. WHITE (CA Bar No. 240367)
Email: jfox@manatt.com; amorgan@manatt.com; aswhite@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Defendants
THE SLEEP TRAIN, INC. and SLEEP COUNTRY USA, LLC

LAW OFFICES OF DANIEL BERKO
DANIEL BERKO (CA Bar No. 94912)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174 x 212
Facsimile: (415) 474-3748

LAW OFFICES OF BURKE HANSEN
BURKE HANSEN (CA Bar No. 236030)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174 x 225
Facsimile: (415) 474-3748

Attorneys for Plaintiffs
LAWRENCE CAMPBELL, et al

IT IS SO ORDERED
Judge Vaughn R Walker
5/15/2009

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CAMPBELL, TYSON KING, JOHN TOKACH, ROBERT GARRIS, STEWART PATEY, EUGENE PIERCE, DON SUTTON, STEVEN HOLMAN on their behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SLEEP TRAIN, INC., dba SLEEP TRAIN MATTRESS CENTERS, MATTRESS DISCOUNTERS, SLEEP COUNTRY USA, and SLEEP TRAIN DEPOT, and Does 1 through 60 inclusive,<br><br>Defendants. | Case No. C 08-05759 VRW<br><br>**STIPULATION OF DISMISSAL**<br><br>Amended Complaint Filed: March 3, 2009 |

90070735.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

**STIPULATION OF DISMISSAL**

Plaintiffs Lawrence Campbell, Tyson King, John Tokach, Robert Garris, Stewart Patey, Eugene Pierce, Don Sutton, and Steven Holman, ("Plaintiffs"), and Defendants, The Sleep Train, Inc. and Sleep Country USA, LLC, have agreed to dismiss Civil Action No. C 08-5759 in its entirety with each party bearing its own costs and attorney's fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The parties further agree not to use the dismissal as a "first dismissal" under Federal Rule of Civil Procedure 41(a)(1)(B) and that this dismissal shall have no effect on claims not asserted herein.

| | | |
|---|---|---|
| Dated: | May 8, 2009 | MANATT, PHELPS & PHILLIPS, LLP |

By: */s/ John Fox*
John C. Fox
Alison S. White
*Attorneys for Defendants,*
THE SLEEP TRAIN, INC. and SLEEP COUNTRY USA, LLC

| | | |
|---|---|---|
| Dated: | May 8, 2009 | LAW OFFICES OF DANIEL BERKO |

By: */s/ Daniel Berko*
Daniel Berko
*Attorneys for Plaintiffs,*
LAWRENCE CAMPBELL, et al

| | | |
|---|---|---|
| Dated: | May 8, 2009 | LAW OFFICES OF BURKE HANSEN |

By: */s/ Burke Hansen*
Burke Hansen
*Attorneys for Plaintiffs,*
LAWRENCE CAMPBELL, et al

*Pursuant to General Order No. 45, Section X(B) regarding signatures, John C. Fox hereby attests that concurrence in the filing of this document has been obtained.*

90070735.1

3

**STIPULATION OF DISMISSAL**

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO